In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-20-00205-CV
_____

OBERHEIDEN LAW GROUP, PLLC, NICK OBERHEIDEN,
OBERHEIDEN, P.C., AND OBERHEIDEN & MCMURREY, LP, Appellants

V.

CORROSION RESISTANT SOLUTIONS, INC., ET AL., Appellees

On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. A-202,825

MEMORANDUM OPINION

Oberheiden Law Group, PLLC, Nick Oberheiden, Oberheiden, P.C., and Oberheiden & McMurrey, LP, Appellants, perfected an accelerated appeal from an interlocutory order denying Appellant's motion to dismiss claims. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(12). The perfection of the appeal stayed all proceedings in the trial court pending resolution of the appeal. *See id.* § 51.014(b). In a motion for partial relief from the automatic stay of all further proceedings in the

1

trial court, Appellants request permission to deposit into the registry of the trial court the total amount of penalty and attorney's fees awarded to Appellees in an order signed on February 24, 2020. The Court grants the motion and lifts the stay for the purposes of permitting Appellant to deposit the amount of the penalty and attorney's fees into the registry of the trial court. *See* Tex. R. App. P. 29.3.

ORDER ENTERED September 3, 2020.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.